**UNITED STATES of America, Plaintiff–Appellee,**

v.

**George ROWLAND, Defendant–Appellant.**

No. 01–10098.
D.C. No. CR–00–40123 CW.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

### MEMORANDUM**

George Rowland appeals his guilty plea conviction for one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rowland contends that 18 U.S.C. § 922(g)(1) is unconstitutional under the Commerce Clause in light of *United States v. Lopez,* 514 U.S. 549, 115 S.Ct. 1624, 131 L.Ed.2d 626 (1995), *United States v. Morrison,* 529 U.S. 598, 120 S.Ct. 1740, 146 L.Ed.2d 658 (2000) and *Jones v. United States,* 529 U.S. 848, 120 S.Ct. 1904, 146 L.Ed.2d 902 (2000). We have repeatedly rejected this contention, *see United States v. Jones,* 231 F.3d 508, 513–15 (9th Cir. 2000), *United States v. Davis,* 242 F.3d 1162, 1162–63 (9th Cir.) (per curiam), *cert. denied,* —— U.S. ——, 122 S.Ct. 178, 151 L.Ed.2d 123 (2001), *and United States v. Rousseau,* 257 F.3d 925, 932–33 (9th Cir.), *cert. denied,* —— U.S. ——, 122 S.Ct. 503, 151 L.Ed.2d 413 (2001), and do so here. *See United States v. Carrasco,* 257 F.3d 1045, 1053 (9th Cir.), *cert. denied,* —— U.S.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

---

——, 122 S.Ct. 658, 151 L.Ed.2d 574 (2001).[1]

**AFFIRMED.**

---

1. Rowland's request for an initial hearing en banc is denied. *See* Fed. R.App. P. 35(a).

